

# THE THIRTEENTH COURT OF APPEALS

---

## 13-18-00504-CV

---

Andy Rodriguez, Individually and as Next Friend for Kayla Rodriguez and Gianna
Rodriguez and as Personal Representative of the Estate of Stephanie Reyes,
Deceased, Rene Reyes, and Leticia Reyes
v.
McAllen Hospitals, L.P.

---

On Appeal from the
139th District Court of Hidalgo County, Texas
Trial Cause No. C-3998-17-C

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 18, 2018